[PRACTICE.]

### DEVEREAUX against MARR.

This Court cannot take jurisdiction of a question, on which the opinions of the judges of the Circuit Court are opposed, where the division of opinions arises upon some proceeding subsequent to the decision of the cause in that Court.

IN this case, the judges of the Circuit Court of West Tennessee, after a judgment had been rendered in that Court,

divided in opinion upon the question as to the amount of the security bond, to be given by the party applying for a writ of error, whether the amount of the bond ought to be sufficient to cover the whole debt, or only for the costs and increased damages on the party failing to prosecute his writ of error with effect. Whereupon the division of opinions was certified to this Court, under the 6th section of the Judiciary Act of the 29th April, 1802, ch. 291.

1827.

Ogden
v.
Saunder

The cause was argued by Mr. *Eaton* for the plaintiff, and by Mr. *White* for the defendant.

*Jan. 17th.*

THIS COURT was of opinion, that it had no jurisdiction of the question on which the opinions of the judges of the Circuit Court were opposed, the division of opinions having arisen after the decision of the cause in that Court.

Certificate accordingly